# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Matthew Volesky, ) | Case No. 1:21-cr-117 |
| Defendant. ) | |

On October 24, 2022, the court issued an order conditionally releasing defendant pending trial. (Doc. No. 149). Defendant shall have until November 4, 2022, contact the United States Marshal at (701) 333-0660 to arrange for processing.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
